The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STACEY JACOBS, a person, and BRANDY JACOBS, a person,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA, doing business as Nationwide, an insurance company,<br><br>Defendants. | NO.  2:22-cv-00262-RSM<br><br>**ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |

THIS MATTER came before the Court for hearing on Plaintiffs Stacey and Brandy Jacobs' and Defendant Nationwide Insurance Company of America's Stipulated Motion for Leave to File Amended Complaint. The Court having reviewed and considered the Stipulated Motion, as well as the records and pleadings on file with the Court in this lawsuit, and the Court being fully apprised of all relevant matters, and finding good cause, now, therefore, it is hereby **ORDERED** that:

The parties' Stipulated Motion for Leave to File Amended Complaint is **GRANTED**. Plaintiffs are directed to file the proposed Amended Complaint within 14 days.

ORDER — 1

NO.  2:22-cv-00262-RSM

JOEL B. HANSON,
ATTORNEY AT LAW, PLLC
13540 LAKE CITY WAY NE, # 120
SEATTLE, WA 98125
joel@joelhansonlaw.com

DATED this 9th day of May, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

**JOEL B. HANSON, ATTORNEY AT LAW, PLLC**

Date: April 27, 2022

By: */s/* Joel Hanson
Joel B. Hanson, WSBA #40814

*Attorney for Plaintiffs*

ORDER — 2

NO.  2:22-cv-00262-RSM

JOEL B. HANSON,
ATTORNEY AT LAW, PLLC
13540 LAKE CITY WAY NE, # 120
SEATTLE, WA 98125
joel@joelhansonlaw.com