THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STACEY JACOBS, a person, and BRANDY JACOBS, a person, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONWIDE INSURANCE COMPANY OF AMERICA, doing business as Nationwide, an insurance company, <br><br> Defendants. | No.: 2:22-cv-00262-RSM <br><br> ORDER GRANTING JOINT MOTION TO AMEND CASE SCHEDULE AND CONTINUE TRIAL DATE <br><br> NOTE ON MOTION CALENDAR: <br> **NOVEMBER 3, 2022** |

THIS MATTER comes before the Court on the parties' Joint Motion to Amend Case Schedule and Continue Trial Date. Based upon the good cause established by the foregoing, and the court record herein, the Court hereby GRANTS the parties' joint motion and ORDERS as follows:

Trial is continued to December 18, 2023 (5-6 day jury trial) and the remaining case schedule dates are amended as follows:

| | |
|---|---|
| Disclosure of Expert Testimony under Rule 26 | June 16, 2023 |
| Deadline for Filing Motions Related to Discovery | July 14, 2023 |
| Discovery Completed by | August 18, 2023 |
| Dispositive Motions Filed by | September 18, 2023 |

ORDER GRANTING JOINT MOTION TO AMEND CASE SCHEDULE AND CONTINUE TRIAL DATE
NO.: 2:22-CV-00262-RSM

PAGE 1

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

| | | |
|---|---|---|
| 1 | Mediation per LCR 39.1 held by | November 1, 2023 |
| 2 | Motions in Limine Filed by | November 16, 2023 |
| 3 | Agreed Pre-Trial Order due | December 4, 2023 |
| 4 | Trial Briefs, Proposed Voir Dire Questions, Jury Instructions, | |
| 5 | Neutral Statement of the Case, and Trial Exhibits due | December 13, 2023 |

IT IS SO ORDERED.

DATED this 7th day of November, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

BULLIVANT HOUSER BAILEY PC

By _s/ Westin McLean_
Daniel R. Bentson, WSBA #36825
E-Mail: dan.bentson@bullivant.com
Westin McLean, WSBA #46462
E-Mail: westin.mclean@bullivant.com

*Attorneys for Defendant*

ATTORNEY AT LAW, PLLC

By ___s/Joel Hanson___
Joel B. Hanson, WSBA #40814
E-Mail: joel@joelhansonlaw.com

*Attorneys for Plaintiffs*

ORDER GRANTING JOINT MOTION TO AMEND CASE SCHEDULE AND CONTINUE TRIAL DATE
NO.: 2:22-CV-00262-RSM

PAGE 2

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930